UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Lisa M Narkin** | | |
| **Christopher Narkin** | : | |
| | : | |
| Debtors | : | Bankruptcy No. 20-13074AMC |

# **P R A E C I P E**

    Kindly withdraw the Trustee's Confirmation docketed on October 6, 2020 in the above-captioned matter as this was filed in error.

Respectfully submitted,

/s/ William C. Miller

Date: February 23, 2021

William C. Miller, Esquire
Chapter 13 Standing Trustee